**Marion Charles ROLAN, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 28937.

Court of Criminal Appeals of Texas.

April 3, 1957.

Murray J. Howze, Monahans, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

## PER CURIAM.

The offense is felony theft; the punishment, two years.

The record fails to reflect the judgment or sentence of the trial court, without which this Court has no jurisdiction to entertain the appeal.

The appeal is dismissed.